IN THE MATTER OF THE CUSTODY OF LARRY WICKER AND NANCY WICKER.

(Filed 23 November, 1960.)

APPEAL by respondent (Lloyd Wicker) from order of *Williams, Resident Judge,* signed July 2, 1960, from LEE.

*Habeas Corpus* proceeding under G.S. 17-39 to determine, in a contest between Nellie Yow Wicker, petitioner, and Lloyd Wicker, respondent, husband and wife living in a state of separation without being divorced, the custody of the two children of the marriage, namely, Larry Wicker, age 12, and Nancy Wicker, age 9.

Hearings, on affidavits offered by petitioner and respondent, were held June 11, 1960, and June 18, 1960. By order of July 2, 1960, the court, based on findings of fact set forth therein, awarded custody to petitioner during specified periods and to respondent during other specified periods.

Respondent excepted and appealed.

*Gavin, Jackson, Gavin & Williams for petitioner, appellee.*
*Seawell & Wooten and Hoyle & Hoyle for respondent, appellant.*

PER CURIAM. All findings of fact necessary to support the order of July 2, 1960, are supported by evidence, including the finding "that the best interests and best welfare of both of said children demands that their care, custody and control be committed to the partial custody and control of both the father and mother, and said custody be divided into different periods in the way and manner" set forth with particularity; and careful consideration of each of respondent's assignments of error fails to disclose error of law in respect of said order.

Affirmed.